### PROMEGA CORPORATION,
Plaintiff–Appellee,

v.

### APPLIED BIOSYSTEMS, LLC, Life Technologies Corporation, and California Institute Of Technology, Defendants–Appellants.

#### No. 2013–1454.

United States Court of Appeals,
Federal Circuit.

March 10, 2014.

Martin R. Lueck, Robins, Kaplan, Miller, & Ciresi L.L.P., of Minneapolis, MN, argued for plaintiff-appellee. With him on the brief were Cyrus A. Morton and Sharon E. Roberg–Perez, of Minneapolis, MN; and Matthew B. McFarlane, of New York, New York.

Edward R. Reines, Weil Gotshal & Manges, LLP, of Redwood Shores, CA, argued for defendants-appellants. Of counsel on the brief were Brian Cannon, Linda J. Brewer, Rory S. Miller, Quinn Emanuel Urquhart & Sullivan, LLP, of Redwood Shores, CA. Of counsel on the

brief was Bradford Paul Schmidt, Life Technologies Corporation, of Carlsbad, CA. Of counsel was Derek C. Walter, Weil Gotshal & Manges, LLP, of Redwood Shores, CA.

PROST, MAYER, and CHEN, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**